UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 5:25-CR-77-KKC-MAS-1

*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                              **STATUS REPORT**

OSAMA OMAR QASEM                                                                                    DEFENDANT

\* \* \* \* \* \*

Pursuant to the Court's Order, DE 31, the parties provide the following status report. Mr. Qasem has retained Andrew Sparks of the firm of Dickinson Wright PLLC, to represent him in this matter.

Respectfully submitted,

*/s/ Thomas Lyons (by permission)*            */s/Andrew Sparks*
Thomas C. Lyons                                              Andrew L. Sparks
THOMAS C. LYONS LAW OFFICES            DICKINSON WRIGHT PLLC
201 W. Short Street, Suite 820                         300 West Vine Street, Suite 1700
Lexington, KY 40507                                        Lexington, Kentucky 40507
Telephone (859) 231-0055                              Telephone: (859) 899-8734
E-Mail: thomaslyons@hotmail.com            E-Mail: asparks@dickinsonwright.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/Andrew Sparks*