**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 5:25-CR-77-KKC**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                         **PRELIMINARY JUDGMENT OF FORFEITURE**

**OSAMA OMAR QASEM**                                                    **DEFENDANT**

\* \* \* \* \*

Based on the Plea Agreement [DE 45], and for the reasons stated at bar, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the following property is subject to forfeiture

and the Defendant's interest in the property is forfeited to the United States of America pursuant

to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461:

> **FIREARMS AND AMMUNITION:**
> a.  Keltec, CNC Industries, Inc., Model: PLR-22, Cal.: 22, pistol, SN: U2R3l; and
> b.  Assorted ammunition.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction in this case for the

purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Criminal Procedure

32.2(b)(4), this forfeiture order will become final as to the Defendant at the time of sentencing

and be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that an agency of the United States shall forthwith seize

the above-described property and maintain custody of it in accordance with 21 U.S.C. § 853 and

all relevant laws until further order of this Court.

**IT IS FURTHER ORDERED** that the United States shall provide notice to all persons who may have an interest in the above-described property, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c).

**IT IS FURTHER ORDERED** that the Clerk deliver copies of this Order to all counsel of record and United States Probation

This 25th day of March, 2026.

Signed By:

_Karen K. Caldwell_ KKC

**United States District Judge**